**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY HOON CHOI, | Civil Action No.: 16-5398 (JLL) (JAD) |
| Plaintiff, | **ORDER** |
| v. | |
| BOROUGH OF PALISADES PARK, *et al.*, | |
| Defendants. | |

IT APPEARING THAT:

1. On March 15, 2018, Magistrate Judge Joseph A. Dickson issued a *sua sponte* Report and Recommendation in this matter recommending that this Court dismiss Plaintiff Jay Hoon Choi's claims, without prejudice, for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 23).

2. Pursuant to Local Civil Rule 72.1, the parties must have filed any objections to Magistrate Judge Dickson's Report and Report and Recommendation by March 29, 2018. No such objections were filed.

3. Having reviewed and analyzed Magistrate Judge Dickson's Report and Recommendation, and no objections having been filed, this Court adopts the Report and Recommendation.

IT IS on this 2Nd day of April, 2018,

**ORDERED** that Magistrate Judge Dickson's Report and Recommendation, (ECF No. 23), is **ADOPTED**; and it further

**ORDERED** that Plaintiff's claims are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b); and it is further

**ORDERED** that the Clerk of the Court shall mark this matter CLOSED.

**IT IS SO ORDERED.**

JOSE L. LINARES
Chief Judge, United States District Court